

## MINNESOTA
## JUDICIAL BRANCH
### MINNESOTA PUBLIC ACCESS COURTHOUSE (MNPAC)

## Case Details (Register of Actions)

Search executed on 06/09/2026 10:49 AM

### Upcoming Hearing:
Omnibus Hearing on **06/29/2026** at **9:00 AM**

### Case Information

Case Number:  27-CR-26-9656
Case Title:  State of Minnesota vs GREGORY DONNELL MORGAN, Jr.
Case Type:  Crim/Traf Mandatory
Date Filed:  **04/16/2026**
Case Location:  Hennepin County, Hennepin Criminal Downtown
Judicial Officer:  Scoggin, Paul
Case Status:  Open

SCANNED
JUN 0 9 2026
U.S. DISTRICT COURT MPLS

### Party Information

**Jurisdiction**

State of Minnesota
NONE

**Attorneys Active**
- KUNZ, MORGAN DAVID - Lead Attorney
  Work Phone: 612-348-0817

**Defendant**

MORGAN, GREGORY DONNELL, Jr.

**Attorneys Active**
- PACYGA, RYAN MICHAEL - Lead Attorney

RECEIVED

JUN 0 9 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Ex. H

DOB:  02/22/1991                                   Work Phone: 612-454-4306

2334 JAMESON ST

TEMPLE HILLS, MD 20748

## Warrants

### Inactive Warrants

MORGAN, GREGORY DONNELL, Jr.  Arrest, Complaint, Order of Detention

Judicial Officer:  Scoggin, Paul

05/21/2026    03:48 PM        Status: Bond/Bail Posted

04/16/2026    11:13 AM        Status: Issued Active

Bond/Bail Options

Bond or Cash Bail                                   Amount: $100,000.00

## Charges

1    Assault-2nd Degree-Dangerous          **Statute:**  609.222.1
     Weapon

     **Additional Statutes:**  Minimum Sentences of Imprisonment-Firearm Use or Possession
     (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)

     **Level of Charge:**  Felony

     **Offense Date:**  02/05/2026

     **Community Of Offense:**  Richfield

     **Law Enforcement Agency:**  MN State Patrol - Oakdale

     **Prosecuting Agency:**  Hennepin County Attorney

2    Assault-2nd Degree-Dangerous          **Statute:**  609.222.1
     Weapon

**Additional Statutes:**   Minimum Sentences of Imprisonment-Firearm Use or Possession (609.11.5(a)); Assault-2nd Degree-Dangerous Weapon (609.222.1)

**Level of Charge:**   Felony

**Offense Date:**   02/05/2026

**Community Of Offense:**   Richfield

**Law Enforcement Agency:**   MN State Patrol - Oakdale

**Prosecuting Agency:**   Hennepin County Attorney

## Interim Conditions

05/22/2026    Interim conditions for MORGAN, GREGORY DONNELL, Jr.
Judicial Officer:   Scoggin, Paul

- Post Bail or Bond with No Conditions
  $200,000.00
- Post Bail or Bond with Conditions
  $100,000.00
- Remain law-abiding
- Make all future court appearances
- Do not ship/transport/possess or receive firearm or ammo
- No contact with witness(es)
- Sign Waiver of Extradition
- Conditions, other
  Comment: Don't Leave the United States. $100,000 already
  posted can apply

## Case Events

06/05/2026    Correspondence
Index #16



2 pages

Comment: Letter to Prosecutor Kunz

05/29/2026   Pre-Plea Worksheet
             Index #15
             Comment: CRS

05/28/2026   Transcript
             Index #14
             Comment: 5/22/26 First Appearance -
             Judge Scoggin

14 pages

05/22/2026   Waiver of Extradition
             Judicial Officer: Scoggin, Paul
             Index #13
             Comment: presigned

1 page

05/22/2026   Order for Conditional Release
             Judicial Officer: Scoggin, Paul
             Index #12

1 page

05/22/2026   Identity Verified

05/22/2026   Notice of Hearing
             Index #11
             Comment: given in person

1 page

05/22/2026   Statement of Rights
             Index #10

05/22/2026   Hearing Held In-Person

05/21/2026   Warrant-Make Inactive-Bail/Bond Posted

05/21/2026   Non-Cash Bond Posted

Index #9
Comment: 2026-EE-001441 $100,000

*2 pages*

05/21/2026   Proposed Order or Document
Index #8
Comment: Order with Respect to
Prosecutor's Certificate

05/21/2026   Proposed Order or Document
Index #7
Comment: Sealed Order with Respect to
Prosecutor's Certificate

05/21/2026   Affidavit of Attorney
Index #6
Comment: Affidavit of Joshua Larson

05/21/2026   Other Document
Index #5
Comment: Prosecutor's Certificate of
Non-Disclosure

05/20/2026   Demand or Request for Discovery
Index #4
Comment: .

*4 pages*

05/20/2026   Certificate of Representation
Index #3
Comment: .

*1 page*

04/16/2026   Warrant Issued
Index #2

04/16/2026   E-filed Comp-Warrant

Index #1

8 pages

## Hearings

### Upcoming Hearings

| | |
|---|---|
| 06/29/2026<br>09:00 AM | Omnibus Hearing<br>Judicial Officer: Scoggin, Paul<br>Location: GC-C1756 |

### Previous Hearings

05/22/2026
01:31 PM

First Appearance
Judicial Officer: Scoggin, Paul
Location: PSF 141

**Result:** Held On the Record

## Bond/Bail Activity

**Appearance Bond**
MORGAN, GREGORY DONNELL, Jr.
05/21/2026    Status: Posted
$100,000.00

Search executed on 06/09/2026 10:49 AM