**PACYGA**
TRIAL LAWYERS

612-339-5844  |  860 Blue Gentian Rd, Suite 175  |  St. Paul, MN 55121  |  MNTrialLaw.com

June 19, 2026

The Honorable Nancy E. Brasel
United States District Court, District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

**Re:** State v. Gregory Donnell Morgan, Jr., Case No. 0:26-cr-00112-NEB

Dear Judge Brasel:

I write to bring to Your Honor's attention a discovery matter currently pending in the Hennepin County District Court that directly implicates the proceedings before this Court. Enclosed please find a copy of a letter I filed today in the state court proceeding, in which I have formally requested that the Hennepin County Attorney's Office be ordered to disclose the identities of the alleged victims in this matter, as well as other related information necessary to prepare the defense.

I am copying Your Honor because this Court has jurisdiction over this matter pursuant to Defendant's Notice of Removal filed June 9, 2026, under 28 U.S.C. §§ 1442 and 1455. It is our understanding that an evidentiary hearing on the removal question is being scheduled approximately one month from now. The identities of the alleged victims and the information sought in my state court letter are directly relevant to that hearing.

Upon information and belief, the Hennepin County Attorney's Office has obtained an *ex parte* order from the state court permitting it to withhold all identifying information regarding the alleged victims from discovery. That order has materially hindered the defense investigation. My efforts to come to a workable resolution with the State have been unsuccessful. If the state court does not promptly order the State to produce the identities of the alleged victims and the other information I am seeking, I will need to seek appropriate relief from *this* Court in advance of the federal evidentiary hearing.

I wanted to make Your Honor aware of this issue at the earliest opportunity so that, if necessary, this Court can address it on a timeline consistent with the hearing schedule. I am happy to discuss this matter further at the Court's convenience and will keep Your Honor apprised of developments in the state court proceeding.

Respectfully,

**Ryan Pacyga**
Pacyga Trial Lawyers