**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| State of Minnesota, | Court File No. 0:26-cr-00112-NEB |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Gregory Donnell Morgan, Jr., | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Rachel K. Paulose shall appear as counsel of record for Defendant Gregory Donnell Morgan, Jr. in this case.

Dated: July 13, 2026                    By:    */s/ Rachel K. Paulose*


**UPPER MIDWEST LAW CENTER**
Douglas P. Seaton (#127759)
Rachel K. Paulose (#0280902)
Austin M. Lysy (#505052)
Richard G. Morgan (#0157053)
12600 Whitewater Dr., Suite 140
Minnetonka, Minnesota 55343
(612) 428-7000
Doug.Seaton@umwlc.org
Rachel.Paulose@umlc.org
Austin.Lysy@umlc.org
Richard.Morgan@umlc.org


*Attorneys for Defendant*

1