**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 26-CR-112-NEB

**STATE OF MINNESOTA,**

   **v.**

                                       **NOTICE OF APPEARANCE**

**GREGORY DONNELL MORGAN, JR.,**

       ***Defendant.***

PLEASE TAKE NOTICE that David W. Fuller, Civil Division Chief for the United States Attorney's Office in the District of Minnesota, hereby notes his appearance as counsel for United States of America as an interested party in this matter.

Dated: July 13, 2026

                  DANIEL N. ROSEN
                  United States Attorney

                  *s/ David W. Fuller*
                  BY:  DAVID W. FULLER
                  Civil Division Chief
                  Assistant U.S. Attorney
                  Attorney ID Number 390922
                  600 U.S. Courthouse
                  300 South 4th Street
                  Minneapolis, MN  55415
                  Phone: 612-664-5600
                  Email: david.fuller@usdoj.gov

                  *Attorneys for Interested Party United States of America*