UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

State of Minnesota,

Plaintiff,

vs.

Gregory Donnell Morgan, Jr. ,

Defendant.

Case No. 0:26-cr-00112-NEB

**<u>NOTICE OF APPEARANCE</u>**

The undersigned attorney hereby notifies the Court and counsel that John Marti

shall appear as counsel of record for Witnesses T.B. and B.A. in this case.

Dated:  July 14, 2026

DORSEY & WHITNEY LLP

By  _s/ John Marti_____
      John Marti (#0388393)
      marti.john@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868

*Attorney for T.B. and B.A.*