

**JOHN MARTI**
**Of Counsel**
**(612) 492-6775**
**FAX (612) 340-2868**
**marti.john@dorsey.com**

July 14, 2026

**VIA ELECTRONIC FILING**
The Honorable Nancy E. Brasel
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

      Re:    State of Minnesota v. Morgan, Court File No. 0:26-cr-00112-NEB-1
                Monday, July 20, 2026 Removal Hearing

Dear Judge Brasel:

I represent the two victims, T.B. and B.A. in State of Minnesota v. Morgan scheduled for a removal hearing before you on Monday, July 20, 2026. [1]

When my clients and I were informed of the hearing date, I immediately notified both parties that my clients are scheduled to depart on a long planned trip outside of the continental United States in the next 48 hours. My clients were not consulted regarding their availability for your hearing. Mr. Pacyga, counsel for the defendant, seeks to subpoena their appearance for the hearing.

I understand from the parties that they are submitting briefs for your consideration as to whether my clients' testimony is necessary. I ask that if you find my clients' testimony is necessary, that you continue the hearing to allow them to travel. I have additional information concerning their travel that I can share with you directly, if you desire.

           With regards,

           DORSEY & WHITNEY LLP

           John Marti
           Of Counsel

JM:ae

---

[1] To respect my clients' privacy and comply with both Judge Scoggins' protective order (Hennepin County) and the Minnesota Crime Victims Act, I have omitted their names from this correspondence. I understand the parties have already informed you of their identities.



July 14, 2026
Page 2

Cc: Ryan M. Pacyga
    Austin Matthew Lysy
    Rachel K. Paulose
    James I. Pearce
    Julia Gegenheimer
    Morgan David Kunz
    Joshua Ryan Larson