**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **STATE OF MINNESOTA,** | |
| **v.** | **No. 26-CR-112 (NEB)** |
| **GREGORY DONNELL MORGAN, JR.,** | |
| *Defendant.* | |

**STATE OF MINNESOTA'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT
OF ITS MOTION FOR USE IMMUNITY**

The State of Minnesota ("State") respectfully moves this Court for leave to file a reply in support of its motion (ECF No. 47) to grant use immunity for victim-witnesses T.B. and B.A ("immunity motion"). The State's reply brief would address arguments in both defendant Gregory Morgan's opposition (ECF No. 50) and the federal government's not-yet-filed response. The State would plan to file the reply no later than August 25, 2026, which is one week after the federal government has indicated it intends to respond to the immunity motion.

On August 4, 2026, the State moved for use immunity for the victim-witnesses, in advance of a hearing, then scheduled for August 5, on the defendant's notice of removal. ECF Nos. 1, 47. Later that day, the Court postponed the hearing, noting that it needed responses to motions filed by the State and the defendant. ECF No. 48. On August 10, 2026, counsel for the United States alerted the Court that the federal government intends to respond to the immunity motion by August 18, 2026. Later the same day, the defendant opposed the immunity motion in a 22-page pleading. ECF No. 50.

Whether to grant leave to file a reply brief falls within the Court's discretion. *See Cornice & Rose Int'l, LLC v. Four Keys, LLC*, 76 F.4th 1116, 1123 (8th Cir. 2023). Although the District's

rules do not provide for reply briefs for motions filed under Fed. R. Crim. P. 12, *see* L.R. 12.1, the immunity motion was not filed under Fed. R. Crim. P. 12(b).  Even if Rule 12.1 applied, the Court may modify the Rule's requirement "for good cause."  *Id.* at 12.1(f); *cf.* L.R. 7.1(b)(3) (replies to civil nondispositive motions are permitted where the movant secures the Court's "prior permission").

Good cause amply supports permitting the State to file a reply brief here.  Despite lacking standing to challenge the prosecutorial grant of use immunity, *see* ECF No. 47 at 2 n.1, the defendant has filed an extensive opposition to the immunity motion, ECF No. 50, such that the defendant simultaneously seeks the victim-witnesses' testimony at the removal hearing but opposes an immunity that would permit those witnesses to testify without exposing them to potential federal criminal liability (or an invocation of their privilege against self-incrimination).  As a reply brief would explain, that opposition misreads the critical case, *Arizona v. Manypenny*, 451 U.S. 232 (1981), ignores a central precedent on the effect of a state immunity grant in federal proceedings, *Murphy v. Waterfront Comm'n*, 378 U.S. 52 (1964), and advances novel (and flawed) arguments on the separation of power.  In addition, the federal government has indicated that it will respond but that it will take two weeks from the filing of the immunity motion to do so.

The State should therefore be allowed to reply to the defendant's and the federal government's responses.  If the Court grants the State leave to file a reply, the State proposes filing a single omnibus reply addressing both the defendant's and the federal government's responses no later than August 25, 2026, one week after the federal government has said it intends to file its response.

Dated: August 11, 2026

Respectfully Submitted,

MARY F. MORIARTY
Hennepin County Attorney

/s/ *Morgan D. Kunz*
MORGAN D. KUNZ
JOSHUA R. LARSON
HENNEPIN COUNTY ATTORNEY'S OFFICE
300 S. 6th St.
Minneapolis, MN 55487
(612) 348-5550
Morgan.Kunz@hennepin.us

/s/ *Julia Gegenheimer*
JULIA GEGENHEIMER* (D.C. Bar No. 90034692)
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
   AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
(202) 661-6539
jg1370@georgetown.edu

/s/ *James I. Pearce*
JAMES I. PEARCE* (D.C. Bar No. 90042280)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Washington, DC 20006
(202) 521-8750
jpearce@washingtonlitigationgroup.org

*Counsel for State of Minnesota*

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, a true and accurate copy of the State of Minnesota's Motion For Leave to File a Reply in Support of its Motion to File Use Immunity was filed electronically with the Court's CM/ECF filing system, which will then send notification of such filing to the parties, including:

> RYAN M. PACYGA
> Ryan Pacyga Criminal Defense
> 860 Blue Gentian Road
> Suite 175
> Eagan, MN 55121
> 612-339-5844
> ryan@arrestedmn.com
>
> *Attorney for Defendant*

This 11th day of August, 2026.

<u>/s/ *James I. Pearce*</u>
JAMES I. PEARCE* (D.C. Bar No. 90042280)
WASHINGTON LITIGATION GROUP
1717 K Street NW
Washington, DC 20006
(202) 521-8750
jpearce@washingtonlitigationgroup.org

*\* Admitted pro hac vice*