UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

State of Minnesota,

Plaintiff,

vs.

Gregory Donnell Morgan, Jr.,

Defendant.

Civil File No. 0:26-cr-00112-NEB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT that Caitlin Hull hereby notes her appearance, along with John Marti, as counsel of record for Witnesses T.B. and B.A. in the above-referenced matter.

Dated: August 26, 2026

DORSEY & WHITNEY LLP

By *\/s/ Caitlin L.D. Hull*

Caitlin L.D. Hull (#0398394)
hull.caitlin@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600

*Attorneys for T.B. and B.A.*