AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

State of Minnesota
v.
Gregory Donnell Morgan, Jr.

**STATE OF MINNESOTA EXHIBIT LIST**

Case Number: 26-CR-112 (NEB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEYS |
|---|---|---|
| Nancy E. Brasel | Morgan D. Kunz; Joshua R. Larson; Julia Gegenheimer; James I. Pearce | Ryan M. Pacyga; Marie C. Pacyga |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| October 9, 2026 | | Kristine Wegner |

| STATE NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | 10/9/26 | | | Map, Overview of Area |
| 2 | | 10/9/26 | | | Map, Overview of Area (closeup of interchange) |
| 3 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, view 1 |
| 4 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, view 2 showing overpass |
| 5 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, looking East, view 1 |
| 6 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, looking East, view 2 |
| 7 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, looking East, view 3 |
| 8 | | 10/9/26 | | | Map, Overview of Highway 62 Eastbound at 35W, looking East, view 4 |
| 9 | | 10/9/26 | | | Video, MNDOT Camera (T.H.62 EB @ I-35W - C111 - #111) (excerpt from 4.21.53 PM-4.22.32 PM) (original) |
| 10 | | 10/9/26 | | | Video, MNDOT Camera (T.H.62 EB @ I-35W - C111 - #111) (excerpt from 4.21.53 PM-4.22.32 PM) (original, .5 speed) |
| 11 | | 10/9/26 | | | Video, MNDOT Camera (T.H.62 EB @ I-35W - C111 - #111) (excerpt from 4.21.58 PM-4.22.32 PM) (zoomed 275%) |
| 12 | | 10/9/26 | | | Video, MNDOT Camera (T.H.62 EB @ Portland Ave - C110 - #110) (excerpt from 4.22.49 PM-4.23.09 PM (original) |
| 13 | | 10/9/26 | | | Video, MNDOT Camera (T.H.62 EB E of Portland Ave - C30693 - #1111) (excerpt from 4.23.30 PM-4.23.43 PM (original) |
| 14 | | 10/9/26 | | | Transcript, Victim 1 911 Call, February 5, 2026 |
| 15 | | 10/9/26 | | | Transcript, Trooper Interview of Victims 1 and 2, February 5, 2026 |
| 16 | | 10/9/26 | | | Transcript, Sgt. Schneider Interview of Defendant Morgan and Partner, February 6, 2026 |
| 17 | | 10/9/26 | | | Transcript, Sgt. Schneider Interview of Victim 1, February 6, 2026 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| 18 | | 10/9/26 | | | Transcript, Schneider Interview of Victim 1, February 7, 2026 |
| 19 | | 10/9/26 | | | Photo, Defendant Morgan Gun Belt, view 1 |
| 20 | | 10/9/26 | | | Photo, Defendant Morgan Gun Belt, view 2 |
| 21 | | 10/9/26 | | | Photo, Defendant Morgan Gun Belt, view 3 |
| 22 | | 10/9/26 | | | DHS Policy Statement 044-05, Update to the Department Policy on the Use of Force, issued February 6, 2023 |
| 23 | | 10/9/26 | | | ICE Directive 19009.3, Firearms and Use of Force, issued May 26, 2023 |
| 24 | | 10/9/26 | | | ICE Fourth Amendment Refresher Training, Office of the Principal Legal Advisor, Revised July 2025 (redactions by ICE) |
| 25 | | 10/9/26 | | | ICE Use of Force Handbook (redactions by ICE) |
| 26 | | 10/9/26 | | | ICE Directive 17012.2, Reporting and Investigating Threats and Assaults Against ICE Employees and Facilities, issued January 29, 2020 (redactions by ICE) |
| 27 | | 10/9/26 | | | Ian Adams Affidavit |
| 28 | | 10/9/26 | | | Ian Adams Curriculum Vitae |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.