**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 26-cr-112-NEB**

State of Minnesota,

Plaintiff,

v.

Gregory Donell Morgan, Jr.,

Defendant.

**NOTICE OF APPEARANCE**

The undersigned hereby notifies the Court and counsel that Marie Pacyga shall appear as co-counsel of record for the above-named defendant in this case.

Respectfully submitted,

**PACYGA TRIAL LAWYERS**

Dated: October 7, 2026

By: /s/Marie C. Pacyga
Marie C. Pacyga (#391493)
860 Blue Gentian Rd., Ste. 175
Saint Paul, MN 55121
612-339-5844 (phone)
Marie@MNTrialLaw.com
*Attorney for Defendant*